**No. 44978.**—Protests 962015–G, etc., of M. Hatae Co. et al. (San Francisco).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (1 Cust. Ct. 262, C. D. 61) the boxes in question were held entitled to free entry as claimed.